United States District Court

Eastern District of California

Rodney Baylis,

      Plaintiff,                    No. Civ. S 04-1143 DFL PAN P

  vs.                                  Findings and Recommendations

Tom L. Carey, et al.,

      Defendants.

-oOo-

    March 17, 2005, the court dismissed plaintiff's complaint for failure to state a claim upon which relief could be granted and explained the deficiencies, giving plaintiff 45 days' leave to file an amended complaint correcting them.  The 45-day period has expired and plaintiff has not filed an amended complaint.

    Accordingly, I hereby recommend that this action be dismissed for failure to state a claim upon which relief could be granted.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).

    Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these

1 findings and recommendations are submitted to the United States
2 District Judge assigned to this case.  Written objections may be
3 filed within 20 days of service of these findings and
4 recommendations.  The document should be captioned "Objections to
5 Magistrate Judge's Findings and Recommendations."  The district
6 judge may accept, reject, or modify these findings and
7 recommendations in whole or in part.
8     Dated:  May 31, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge